# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-013-553**

**Effective Date of Registration:**
January 26, 2016

## Title

| | |
|---|---|
| Title of Work: | Group Registration Photos, Howarth, published Sept 25, 2015 to Dec 1, 2015 (77) images |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | September 25, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Morgan Howarth |
| Author Created: | photograph |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1956 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Morgan Howarth<br>13520 ,Norwick Place, Gainesville, VA, 20155 |

## Rights and Permissions

| | |
|---|---|
| Name: | Morgan Howarth |
| Email: | morgan@morganhowarth.com |
| Telephone: | (240)377-1766 |
| Address: | 13520 ,Norwick Place<br>Gainesville, VA 20155 United States |

## Certification

| | |
|---|---|
| Name: | Morgan Howarth |
| Date: | January 26, 2016 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-958-957**

**Effective Date of Registration:**
August 29, 2014

## Title

**Title of Work:** Group Registration Photos, Howarth, published Jan. 2, 2014 to Aug. 20, 2014 (304) images

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** January 02, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Morgan Howarth
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1956

## Copyright Claimant

**Copyright Claimant:** Morgan Howarth
13520 ,Norwick Place, Gainesville, VA, 20155

## Rights and Permissions

**Name:** Morgan Howarth
**Email:** morgan@morganhowarth.com
**Telephone:** (240)377-1766
**Address:** 13520 ,Norwick Place
Gainesville, VA 20155

## Certification

**Name:** Morgan Howarth
**Date:** June 18, 2015

Page 1 of 2