# Exhibit
# 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

June 11, 2020

**VIA EMAIL:  contact@herobuildsolutions.com**
Mr. Saeid Beyrami
Hero Build Solutions LLC
3225 Shallowford Rd
Building 1000
Marietta, GA 30062

Re:   Howarth v. Hero Build Solutions LLC
      Our File No.:  00338-0037

Dear Mr. Beyrami,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Morgan Howarth, a photographer, for purposes of
resolving a case of copyright infringement against you by our client.  This demand is
privileged from disclosure pursuant to FRE Rule 408.

 Please provide this letter to your general liability insurance carriers or other providers
of insurance that may cover this claim.

*Morgan Howarth ("Howarth")*
Our client is an experienced professional photographer who makes a living from
photography.  Based in the Washington D.C. area, Howarth has been a photographer for
over 25 years and focuses on interior and architecture work.  His rich and illustrative
style brings architecture to life by combining a multitude of separately lit images into
one perfect shot.  Morgan has worked as a photographer for a multitude of national
clients including Timex, Sears Catalog, The Lenox Hotel, Cole Haan Shoes, GH Bass
Shoes, Timberland Shoe, CBS, and Home & Design Magazine, and has been exposed to

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mr. Saeid Beyrami
Hero Build Solutions LLC
June 11, 2020
Page 2

many beautiful people and places throughout his career.  However, he still considers the best part of any assignment to be the client's final "Wow!"

Howarth uses a combination of tungsten, daylight, and strobe light to create the best possible natural looking light to suit the needs of each room or scene.  This process takes several different exposures and lighting set-ups per image which are then combined into one Hi-Res image.

Howarth retains all copyrights to his photographs.  Howarth licenses his copyrighted Works, such as the ones in this case, for commercial use.

In 2014, Howarth created the images, hereinafter referred to as the "Works."

| Copyright Title | Registration Number | Registration Issue Date |
|---|---|---|
| 5519_Center_Mast_Bath_1 | VA 1-958-957 | 8/29/2014 |
| 8608_Stirrup_Kitchen_2_F | VA 2-013-533 | 1/26/2016 |
| 8608_Stirrup_Kitchen_3_F | VA 2-013-553 | 1/26/2016 |
| 8608_Stirrup_Kitchen_1_F | VA 2-013-553 | 1/26/2016 |
| 5519_Center_Mast_Bath_3 | VA 1-958-957 | 8/29/2014 |
| 5519_Master_Bath_4_Win | VA 1-958-957 | 8/29/2014 |

The Works at issue are shown below.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Saeid Beyrami
Hero Build Solutions LLC
June 11, 2020
Page 3

5519_Center_Mast_Bath_3_F



5519_Master_Bath_4_Windows_F



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Saeid Beyrami
Hero Build Solutions LLC
June 11, 2020
Page 4

5519_Center_Mast_Bath_1



8608_Stirrup_Kitchen_1_F



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Saeid Beyrami
Hero Build Solutions LLC
June 11, 2020
Page 5

8608_Stirrup_Kitchen_2_F



8608_Stirrup_Kitchen_3_F



| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|------------|---------|---------|-----------|----------|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Saeid Beyrami
Hero Build Solutions LLC
June 11, 2020
Page 6

Howarth registered the Works with the Register of Copyrights on August 29, 2014 and
January 26, 2016 and was assigned the registration numbers VA 1-958-957 and VA 2-013-
957, respectively, copies of which are enclosed.

*Infringement by Hero Build Solutions LLC ("HBS")*
The infringement at issue was identified on March 9, 2020.  We have enclosed
contemporaneous evidence of the infringement by HBS.

You have employed our client's Works in at least the manner indicated in the evidence
attached.  Your unauthorized use commenced on at least the date indicated above.  You
are fully aware that the Works you used are our client's Works.  No one from your
company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission,
license or consent.  The use of a creator's photographic image without written consent or
license violates the United States Code, Title 17, and The Copyright Act.  The Copyright
Act provides for entry of an injunction directing removal of the offending materials
pending litigation.  This letter shall serve as formal notice that you immediately cease
and desist all unauthorized uses of our client's Works.  Any such further uses shall be at
your peril.

If you possess a contract, license, agreement or writing on which you will rely for
authorization of your use of our client's Works, please provide us with this evidence so
we may avoid further controversy or litigation.  Otherwise, we will be forced to assume
that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Howarth when a
work is infringed or altered.  Section 504 permits Howarth to recover actual damages
plus "any additional profits of the infringer that are attributable to the infringement and
are not taken into account in computing the actual damages," or statutory damages of
up to $150,000 per work infringed if the registration predated the infringement.
Howarth can present both damages theories to the jury and select the higher award any
time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more
effectively market and advertise products and drive sales.  Howarth's photographs are
of the highest quality.  Howarth's photographs are also scarce since he is one of the only
sources of such quality photographs.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Saeid Beyrami
Hero Build Solutions LLC
June 11, 2020
Page 7

Howarth's damages are not limited to what he would have agreed to license the Works for prior to the infringement. Rather, Howarth's actual damages will be measured by the fair market value of the photograph considering HBS's use to sell and promote its business. Howarth's actual damages must be measured in light of HBS's use of Howarth's high quality and unique Works.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Howarth can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Howarth to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Howarth will also be entitled to HBS's profits from the infringement, based upon the revenue HBS earned in connection with the use of Howarth's Works.

Alternatively, Howarth could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement. There is also the possibility that a judge or jury could determine that HBS's infringement was willful. If HBS's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.    the full nature and extent of the use of our client's Works, in any and all formats;

2.    representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3.    the source of the Works.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Saeid Beyrami
Hero Build Solutions LLC
June 11, 2020
Page 8


Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by June 25, 2020, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman


JBR/bmb
Enclosures

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-013-553

**Effective Date of Registration:**

January 26, 2016

## Title _____

**Title of Work:** Group Registration Photos, Howarth, published Sept 25, 2015 to Dec 1, 2015
(77) images

## Completion/Publication _____

**Year of Completion:** 2015
**Date of 1st Publication:** September 25, 2015
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Morgan Howarth
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1956

## Copyright Claimant _____

**Copyright Claimant:** Morgan Howarth
13520 ,Norwick Place, Gainesville, VA, 20155

## Rights and Permissions _____

**Name:** Morgan Howarth
**Email:** morgan@morganhowarth.com
**Telephone:** (240)377-1766
**Address:** 13520 ,Norwick Place
Gainesville, VA 20155 United States

## Certification _____

**Name:** Morgan Howarth
**Date:** January 26, 2016

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-958-957**

**Effective Date of Registration:**
August 29, 2014

## Title

**Title of Work:** Group Registration Photos, Howarth, published Jan. 2, 2014 to Aug. 20, 2014 (304) images

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** January 02, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Morgan Howarth
- **Author Created:** photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1956

## Copyright Claimant

**Copyright Claimant:** Morgan Howarth
13520 ,Norwick Place, Gainesville, VA, 20155

## Rights and Permissions

**Name:** Morgan Howarth
**Email:** morgan@morganhowarth.com
**Telephone:** (240)377-1766
**Address:** 13520 ,Norwick Place
Gainesville, VA 20155

## Certification

**Name:** Morgan Howarth
**Date:** June 18, 2015



Home (https://herobuildsolutions.com/)    Services (https://herobuildsolutions.com/pre-home/services/)

## Private Projects

Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

Hero Build Solutions provide the best and professional DESIGN, BUILD and RENOVATION services for the individual clients. Any services that provides in a private houses (Non- Investment) called private projects.

Homeowners who wants to build, remodel or improve their own property getting special services of Hero Build Solutions.

FAQ (https://herobuildsolutions.com/faq/)

Most popular projects:

- Kitchen Remodeling
- Bathroom Remodeling
- Basement Finishing
- Furnishing

For more services please visit the services page.

For the security purposes we are unable to provide the complete address of the projects in our website.

For more information please contact us.



# Kitchen Remodeling
*Hero Build Solutions*

Home (https://herobuildsolutions.com/)    Services (https://herobuildsolutions.com/pre-home/services/)

## Atlanta



Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

FAQ (https://herobuildsolutions.com/faq/)

## Alpharetta




## Johns Creek



# Bathroom Remodeling
## Hero Build Solutions

Home (https://herobuildsolutions.com/)      Services (https://herobuildsolutions.com/pre-home/services/)

## Atlanta



Projects (https://herobuildsolutions.com/projects/)     Contact (https://herobuildsolutions.com/contact/)

FAQ (https://herobuildsolutions.com/faq/)

## Brookheaven



## Buckhead





Home (https://herobuildsolutions.com/)    Services (https://herobuildsolutions.com/pre-home/services/)

# APPOINTMENT

Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

FAQ (https://herobuildsolutions.com/faq/)

o set an appointment please contact us
404.600.9261 or 404.400.9771
contact@herobuildsolutions.com
www.herobuildsolutions.com
Instagram@herobuildsolutions/Direct message

1    2    3    4

3225 Shallowford Rd Building 1000

Marietta, GA 30062

404.600.9261  | 810.210.1550

www.herobuildsolutions.com

contact@herobuildsolutions.com (mailto:contact@herobuildsolutions.com)

Job opportunities

Investors

Partners

Contact

Management

Instagram

Facebook

Twitter

Home (https://herobuildsolutions.com/)    Services (https://herobuildsolutions.com/pre-home/services/)

YouTube

LinkedIn

Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

©2010 Hero Build Solutions Corporation

FAQ (https://herobuildsolutions.com/faq/)













