# AFFIDAVIT OF SERVICE

| Case: 1:20-CV-4874 | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA | County: | Job: 5139344 |
|---|---|---|---|
| Plaintiff / Petitioner: Morgan Howarth | | Defendant / Respondent: Hero Build Solutions LLC | |
| Received by: One Serve Legal, LLC | | For: SR ip LAW | |
| To be served upon: Hero Build Solutions LLC by serving its Registered Agent: Mr. Saeid Beyrami | | | |

Received by One Serve Legal, LLC on December 4, 2020 at 2:03 p.m. to be served on Hero Build Solutions LLC by serving its Registered Agent: Mr. Saeid Beyrami at 3408 Phillip Circle, Decatur, GA 30032.

I, Zuri M. Lawson do hereby affirm that on December 18, 2020, 9:30 a.m., I:

Perfected service on a Corporation by leaving a true copy of the Summons in a Civil Action, Order, and Complaint for Copyright Infringement, with the date and hour of service endorsed thereon by me, to: Hero Build Solutions LLC by serving its Registered Agent: Mr. Saeid Beyrami at 3408 Phillip Circle, Decatur, GA 30032, and accepted by Saeid Beyrami, and informed said person of the contents therein, in compliance with GA Code § 9-11-4 (2017).

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the Judicial Circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true. Notary not required pursuant to G.A. code10-12-7 and 10-12-11 (2010), however included here for authentication and document validity.

Recipient Name / Address: Mr. Saeid Beyrami at 3408 Phillip Circle, Decatur, GA 30032
Manner of Service: Registered Agent, December 18, 2020, 9:30 a.m. EST
Documents: Summons in a Civil Action, Order, and Complaint for Copyright Infringement (Received December 4, 2020 at 2:03 p.m. EST)

Additional Comments:
1) Unsuccessful Attempt: Dec 9, 2020, 2:28 pm EST at 3225 SHALLOWFORD RD, MARIETTA, GA 30062.

2) Successful Attempt: Dec 18, 2020, 9:30 am EST at 3408 Phillip Circle, Decatur, GA 30032 received by Mr. Saeid Beyrami. Age: 48; Ethnicity: Middle Eastern; Gender: Male; Weight: 180; Height: 5'11"; Hair: Black; Eyes: Brown; Other: service was coordinated to occur at project site, 3408 Phillip Circle, Decatur, GA 30032.

_____  12/28/20
Zuri M. Lawson      Date

One Serve Legal, LLC
32 NE 151 STREET
Miami, Fl 33162
786-527-4165

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Shakilla Sanders
Notary Public
12/28/2020       08/28/2022
Date             Commission Expires