# Exhibit 1

8608_Stirrup_Kitchen 1_F



8608_Stirrup_Kitchen 3_F



8608_Stirrup_Kitchen 2_F



5519_Center_Mast_Bath 3_F



5519_Mast_Bath 4_Windows_F



5519_Center_Mast_Bath 1 _F

