# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-013-553**

**Effective Date of Registration:**
January 26, 2016

## Title

      Title of Work: Group Registration Photos, Howarth, published Sept 25, 2015 to Dec 1, 2015 (77) images

## Completion/Publication

      Year of Completion: 2015
      Date of 1st Publication: September 25, 2015
      Nation of 1st Publication: United States

## Author

-       Author: Morgan Howarth
      Author Created: photograph
      Work made for hire: No
      Citizen of: United States
      Domiciled in: United States
      Year Born: 1956

## Copyright Claimant

      Copyright Claimant: Morgan Howarth
      13520 ,Norwick Place, Gainesville, VA, 20155

## Rights and Permissions

      Name: Morgan Howarth
      Email: morgan@morganhowarth.com
      Telephone: (240)377-1766
      Address: 13520 ,Norwick Place
      Gainesville, VA 20155 United States

## Certification

      Name: Morgan Howarth
      Date: January 26, 2016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-958-957**

**Effective Date of Registration:**
August 29, 2014

## Title

**Title of Work:** Group Registration Photos, Howarth, published Jan. 2, 2014 to Aug. 20, 2014 (304) images

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** January 02, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Morgan Howarth
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1956

## Copyright Claimant

**Copyright Claimant:** Morgan Howarth
13520 ,Norwick Place, Gainesville, VA, 20155

## Rights and Permissions

**Name:** Morgan Howarth
**Email:** morgan@morganhowarth.com
**Telephone:** (240)377-1766
**Address:** 13520 ,Norwick Place
Gainesville, VA 20155

## Certification

**Name:** Morgan Howarth
**Date:** June 18, 2015

Page 1 of 2