# Exhibit 2



Home (https://herobuildsolutions.com/)     Services (https://herobuildsolutions.com/pre-home/services/)

## Private Projects

Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

Hero Build Solutions provide the best and professional DESIGN, BUILD and RENOVATION services for the individual clients. Any services that provides in a private houses (Non- Investment) called private projects.

Homeowners who wants to build, remodel or improve their own property getting special services of Hero Build Solutions.

FAQ (https://herobuildsolutions.com/faq/)

Most popular projects:

- Kitchen Remodeling
- Bathroom Remodeling
- Basement Finishing
- Furnishing

For more services please visit the services page.

For the security purposes we are unable to provide the complete address of the projects in our website.

For more information please contact us.

⌃



Home (https://herobuildsolutions.com/)    Services (https://herobuildsolutions.com/pre-home/services/)

Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

FAQ (https://herobuildsolutions.com/faq/)

## Atlanta





## Alpharetta




## Johns Creek



# Bathroom Remodeling

Home (https://herobuildsolutions.com/)     Services (https://herobuildsolutions.com/pre-home/services/)

## Atlanta



Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

FAQ (https://herobuildsolutions.com/faq/)

## Brookheaven



## Buckhead





Home (https://herobuildsolutions.com/) Services (https://herobuildsolutions.com/pre-home/services/)

# APPOINTMENT

Projects (https://herobuildsolutions.com/projects/) Contact (https://herobuildsolutions.com/contact/)

FAQ (https://herobuildsolutions.com/faq/)

To set an appointment please contact us

404.600.9261 or 404.400.9771

contact@herobuildsolutions.com

www.herobuildsolutions.com

Instagram@herobuildsolutions/Direct message

1    2    3    4

3225 Shallowford Rd Building 1000

Marietta, GA 30062

404.600.9261 | 810.210.1550

www.herobuildsolutions.com

contact@herobuildsolutions.com (mailto:contact@herobuildsolutions.com)

Job opportunities

Investors

Partners

Contact

Management

Instagram

Facebook

Twitter

Home (https://herobuildsolutions.com/)    Services (https://herobuildsolutions.com/pre-home/services/)

Hero Build Solutions

YouTube

LinkedIn

Projects (https://herobuildsolutions.com/projects/)    Contact (https://herobuildsolutions.com/contact/)

©2010 Hero Build Solutions Corporation

FAQ (https://herobuildsolutions.com/faq/)















