# Exhibit
# 4

