# Exhibit 1



**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350

Mr. Morgan Howarth
13520 Norwick Place
Gainesville, VA 20122

## Invoice

| | |
|---|---|
| Invoice Number | 35333 |
| Invoice Date | 08/27/2021 |
| Payment Due On | 09/16/2021 |
| **Amount Due** | **$3,892.39** |

# 00338-0037 - Howarth v. Hero Build Solutions

Copyright Infringement Pixsy matter no: 002-093506 (00157061)Georgia

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 04/02/2020 | Services provided on 4/2/2020<br>- Matter review (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 04/08/2020 | Services provided on 4/8/2020<br>- Matter review (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 06/09/2020 | Services provided on 6/9/2020<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs)<br>- COPYRIGHT DEMAND LETTER - STATUTORY OR ACTUAL DAMAGES edited (0.20hrs)<br>- 002-093506 Handover reviewed (0.20hrs) | BMB | $175.00 | 0.50 | $87.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/09/2020 | Services provided on 6/9/2020<br>- COPYRIGHT DEMAND LETTER - STATUTORY OR ACTUAL DAMAGES edited (0.20hrs)<br>- Enclosures reviewed (0.10hrs)<br>- 2 emails sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.20hrs)<br>- Morgan, Inc. - Invoice 3861_8608_Stirrup reviewed (0.10hrs) | MT | $300.00 | 0.60 | $180.00 |
| 06/10/2020 | Services provided on 6/10/2020<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | MT | $300.00 | 0.10 | $30.00 |
| 11/04/2020 | Services provided on 11/4/2020<br>- Exhibit 3 - HBS Demand Letter edited (0.10hrs)<br>- Exhibit 2 - HBS Infringement edited (0.10hrs)<br>- COI-CDS created (0.10hrs)<br>- GA Summons created (0.10hrs)<br>- AO 121 - Report on Filing of Copyright created (0.10hrs)<br>- GAND Civil Cover Sheet created (0.10hrs)<br>- Copyright Complaint - 2020 Version created (0.30hrs)<br>- Exhibit 1 - Registration edited and reviewed (0.10hrs)<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 1.10 | $220.00 |
| 12/01/2020 | Services provided on 12/1/2020<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 12/02/2020 | Services provided on 12/2/2020<br>- Copyright Complaint - 2020 Version edited (0.10hrs)<br>- COI-CDS edited (0.10hrs)<br>- AO 121 - Report on Filing of Copyright edited (0.10hrs)<br>- GA Summons edited (0.10hrs)<br>- Case Expense Checklist - Complaint Filing Fee created, then edited (0.10hrs)<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 0.60 | $120.00 |
| 12/04/2020 | Services provided on 12/4/2020<br>- DE 0002. Electronic Summons Issued as to Hero Build Solutions LLC. (2020.12.02) reviewed (0.10hrs)<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs)<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 0.30 | $60.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/15/2020 | Services provided on 12/15/2020<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 12/21/2020 | Services provided on 12/21/2020<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 12/31/2020 | Services provided on 12/31/2020<br>- Case Expense Checklist - Service Fees created (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 01/05/2021 | Services provided on 1/5/2021<br>- 2 emails sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 01/11/2021 | Services provided on 1/11/2021<br>- 2 emails sent/reviewed regarding Howarth v. Hero Build Solutions LLC Case No. 1:20-cv-04874-SCJ (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 01/12/2021 | Services provided on 1/12/2021<br>- Declaration in Support of Motion for Clerk's Default created, then edited (0.40hrs)<br>- Exhibit A - ROS edited (0.10hrs)<br>- Motion for Entry of Clerk's Default created, then edited (0.20hrs)<br>- DE 0007. Return of Service Executed by Morgan Howarth. Hero Build Solutions LLC served on 12182020 answer (2021.01.12) reviewed (0.10hrs)<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC Case No. 1:20-cv-04874-SCJ (0.20hrs)<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 1.10 | $220.00 |
| 01/13/2021 | Services provided on 1/13/2021<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 03/09/2021 | Services provided on 3/9/2021<br>- 2020.06.11. Demand to Hero Build reviewed (0.10hrs)<br>- Howarth v. Hero Build 00338-0037 Inv. 35333 392021 DRAFT DEFAULT created (0.10hrs)<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | LMD | $175.00 | 0.30 | $52.50 |
| 06/04/2021 | Services provided on 6/4/2021<br>- Draft Motion for Entry of Final Default - Copy edited (0.60hrs) | CAW | $350.00 | 0.60 | $210.00 |

Invoice No.: 35333                                                                                                           Page 3/7

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/2021 | Services provided on 6/22/2021<br>- Draft Motion for Entry of Final Default - Copy edited (0.10hrs) | JBR | $475.00 | 0.10 | $47.50 |
| 08/03/2021 | Services provided on 8/3/2021<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 08/09/2021 | Services provided on 8/9/2021<br>- 2 emails sent/reviewed regarding New filing in Howarth v. Hero Build Solutions LLC: ORDER for Plaintiff to file (gand-1:2020-cv-04874) (0.10hrs) | JBR | $475.00 | 0.10 | $47.50 |
| 08/09/2021 | Services provided on 8/9/2021<br>- 2 emails sent/reviewed regarding New filing in Howarth v. Hero Build Solutions LLC: ORDER for Plaintiff to file (gand-1:2020-cv-04874) (0.20hrs) | LMD | $175.00 | 0.20 | $35.00 |
| 08/17/2021 | Services provided on 8/17/2021<br>- DE 0011. ORDER for Plaintiff to file any and all appropriate motions or other pleadings to dispose of or othe (2021.08.03) reviewed (0.20hrs) | JBR | $475.00 | 0.20 | $95.00 |
| 08/17/2021 | Services provided on 8/17/2021<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 08/17/2021 | Services provided on 8/17/2021<br>- Draft-Proposed Order for Final Judgment reviewed (0.10hrs)<br>- Draft-Howarth Declaration reviewed (0.10hrs)<br>- Email attachment reviewed - Draft Motion for Entry of Final Default - Copy (0.10hrs)<br>- Exhibit A - ROS reviewed (0.10hrs)<br>- DE 0011. ORDER for Plaintiff to file any and all appropriate motions or other pleadings to dispose of or othe (2021.08.03) reviewed (0.10hrs)<br>- 2021.08.17 Motion for Extension of Time to File Default Judgement created, then edited (0.50hrs)<br>- 4 emails sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.90hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:20-cv-04874-SCJ Howarth v. Hero Build Solutions LLC Motion for Extension of Time (0.10hrs) | TSU | $175.00 | 2.00 | $350.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/18/2021 | Services provided on 8/18/2021<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | JBR | $475.00 | 0.10 | $47.50 |
| 08/18/2021 | Services provided on 8/18/2021<br>- Draft Motion for Entry of Final Default - Copy reviewed (0.10hrs) | CAW | $350.00 | 0.10 | $35.00 |
| 08/18/2021 | Services provided on 8/18/2021<br>- 2 emails sent/reviewed regarding New filing in Howarth v. Hero Build Solutions LLC: First MOTION for Extension of (gand-1:2020-cv-04874) (0.20hrs)<br>- 2 emails sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | TSU | $175.00 | 0.30 | $52.50 |
| 08/18/2021 | Services provided on 8/18/2021<br>- Draft Motion for Entry of Final Default - Copy edited and reviewed (1.00hrs) | AMN | $250.00 | 1.00 | $250.00 |
| 08/23/2021 | Services provided on 8/23/2021<br>- Draft Motion for Entry of Final Default - Copy edited (1.40hrs)<br>- DE 0001. COMPLAINT with Jury Demand filed by Morgan Howarth. (Filing fee 402.00 receipt number AGANDC-10438 (2020.12.02) reviewed (0.10hrs)<br>- 2 emails sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | AMN | $250.00 | 1.60 | $400.00 |
| 08/24/2021 | Services provided on 8/24/2021<br>- Draft Motion for Entry of Final Default_AN_edits reviewed (0.20hrs)<br>- Draft-Howarth Declaration_AN_edits edited and reviewed (0.20hrs)<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.20hrs) | AMN | $250.00 | 0.60 | $150.00 |
| 08/26/2021 | Services provided on 8/26/2021<br>- Draft Motion for Entry of Final Default_AN_edits edited and reviewed (0.80hrs)<br>- Draft-Howarth Declaration_AN_edits edited and reviewed (0.60hrs)<br>- 1 message sent/reviewed (0.10hrs) | AMN | $250.00 | 1.50 | $375.00 |

| Date | Description | | Cost | Qty | Total |
|---|---|---|---|---|---|
| 08/27/2021 | Services provided on 8/27/2021<br>- Ex 5 Howarth_Invoice - 4735 reviewed (0.10hrs)<br>- Ex 5 Howarth_Invoice - 2700 reviewed (0.10hrs)<br>- Draft Motion for Entry of Final Default_AN_edits edited and reviewed (0.30hrs)<br>- 1 email sent/reviewed regarding Howarth v. Hero Build Solutions LLC (0.10hrs) | AMN | $250.00 | 0.60 | $150.00 |
| | | | | | $3,435.00 |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 12/02/2020 | Disbursement to the United States District Court for the filing fee of new Complaint. | $402.00 | 1.00 | $402.00 |
| 12/31/2020 | Disbursement for fee for service of process of Summons and Complaint. | $55.39 | 1.00 | $55.39 |
| | | | | $457.39 |

| | | |
|---|---|---|
| | Subtotal | $3,892.39 |
| | Total | $3,892.39 |
| | **Total Balance Due** | **$3,892.39** |

## Professional Fee Summary

| Name | Hours | Rate | Total |
|---|---|---|---|
| JBR | 0.50 | $475.00 | $237.50 |
| CAW | 0.70 | $350.00 | $245.00 |
| MT | 0.70 | $300.00 | $210.00 |
| AMN | 5.30 | $250.00 | $1,325.00 |
| JCJ | 4.20 | $200.00 | $840.00 |
| BMB | 0.50 | $175.00 | $87.50 |
| LMD | 0.50 | $175.00 | $87.50 |
| TSU | 2.30 | $175.00 | $402.50 |
| **Total** | **14.70** | | **$3,435.00** |